**ORIGINAL**

# United States Bankruptcy Court
## Central District of California
Riverside
Scott Yun, Presiding
Courtroom 302 Calendar

**Tuesday, June 28, 2022**　　　　　　　　　　　　　　　　　　**Hearing Room**　302

**9:30 AM**
**6:18-19112    Soon Hee Kim**　　　　　　　　　　　　　　　　　　　　　　　**Chapter 7**
Adv#: 6:19-01019    Kang v. Kim

　#1.00　**TRIAL** re: Complaint to Determine Non-Dischargeability of Debt

　　　　FR. 5/17/22

　　　　　　　　　　　　　　　Docket　　1

*Handwritten notes:*
- Jamie Kim for Δ Soon Hee Kim Δ
- Andrew Smyth for π
- Hea Sook Kang π
- Kathy Sim Interpreter

**Matter Notes:**

　Status Conference cont'd. to:　_____

　Joint Status Report due:　_____

Scheduling order to be
lodged by:　　　　　　_____

Pretrial Conference set for:　_____

　Joint Pretrial Stip due:　_____

Trial set for:　_____

Discovery cutoff:　_____

Last day to file pretrial motions:　_____

Motion for Default Judgment
to be filed by:　　　　　_____

Case to Mediation Yes: _____ or No: _____

Order appointing Mediator to
be lodged by:　　　　　_____

*Handwritten:* — Judgment for the Δ — to be lodged by Δ's counsel

# United States Bankruptcy Court
# Central District of California
## Riverside
## Scott Yun, Presiding
## Courtroom 302 Calendar

| Tuesday, June 28, 2022 | Hearing Room | 302 |
|---|---|---|

**9:30 AM**
**CONT...    Soon Hee Kim**                                                   Chapter 7
**Tentative Ruling:**

APPEARANCES REQUIRED in person.

### Party Information

**Debtor(s):**

Soon Hee Kim                                          Pro Se

**Defendant(s):**

Soon Hee Kim                                          Represented By
                                                                 Ji Yoon Kim

**Plaintiff(s):**

Hea Sook Kang                                         Represented By
                                                                 Andrew Edward Smyth

**Trustee(s):**

Arturo Cisneros (TR)                                  Pro Se