Jamie Kim, Esq. (SBN 271898)
LK PROFESSIONAL LAW GROUP
14730 BEACH BLVD SUITE 106
LA MIRADA, CA 90638
Telephone (213) 788-3588
Facsimile (213) 788-3380
jamie@lklawg.com

**FILED & ENTERED**

**JUL 06 2022**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** Mason   **DEPUTY CLERK**

**CHANGES MADE BY COURT**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# RIVERSIDE DIVISION

| | |
|---|---|
| In Re<br><br>SOON HEE KIM,<br><br>　　　Debtor.<br>_____<br>HEA SOOK KANG,<br><br>　　　Plaintiff,<br>v.<br><br>SOON HEE KIM,<br><br>　　　Defendant.<br>_____ | Case No.: 6:18-bk-19112-SY<br><br>Chapter 7<br><br>Adversary Case No: 6:19-ap-01019-SY<br><br>**JUDGMENT**<br><br>Trial:<br>Date: June 28, 2022<br>Time: 9:30 A.M.<br>Crtrm: 302 |

　　A trial was conducted at the above-captioned time and place on plaintiff's Complaint to Determine Non-Dischargeability of Debt. Having considered the evidence presented at trial, and for the reasons stated on the record at the conclusion of the trial,

///

1
JUDGMENT

1     IT IS ORDERED that judgment is entered in favor of the defendant, and against the
2 plaintiff, on all claims for relief.

3                                        ###

24 Date: July 6, 2022

Scott H. Yun
United States Bankruptcy Judge